# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation of Supervised Release**) |
| v. | Case Number: 02-cr-00293-REB-18 |
| | USM Number: 31250-013 |
| DAVID MICHAEL CANTU | Richard N. Stuckey, Appointed |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 7, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Falsifying Written Report | 04/17/12 |
| 2 | Making False Statements to the Probation Officer | 03/23/12 |

    The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 19, 2012
Date of Imposition of Judgment

**s/ Robert E. Blackburn**
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

**October 25, 2012**
Date

DEFENDANT:  DAVID MICHAEL CANTU
CASE NUMBER:  02-cr-00293-REB-18                                                                 Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Follow the Instructions of the Probation Officer | 04/18/12 |
| 4 | Failure to Notify the Probation Officer of a Change in Residence | 02/09/12 |
| 5 | Failure to Work Regularly | 06/29/12 |
| 6 | Failure to Participate in Drug and Alcohol Testing and Treatment as Directed by the Probation Officer | 04/23/12 |
| 7 | Failure to Permit Contact by the Probation Officer | 02/24/12 |

DEFENDANT:  DAVID MICHAEL CANTU
CASE NUMBER:  02-cr-00293-REB-18                                                                              Judgment-Page 3 of 3

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of five (5) months as to each violation (to be served concurrently).

      The court recommends that the Bureau of Prisons designate defendant to FCI Englewood, Colorado.

      The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

      Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal